UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | **CIVIL MINUTES – GENERAL** | JS-6 |

Case No.     2:24cv10617 CAS (MARx)                                        Date: July 21, 2025

Title     _JOHN NIKO MANNING v. COASTHILLS CREDIT UNION; ET AL._

Present: The Honorable:     CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) – NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC[34] (Filed July 21, 2025)

The Court is in receipt of the Notice of Settlement[34], notifying the Court that plaintiff has settled with defendant Trans Union, LLC on or about July 21, 2025. As for the other defendants in the above-referenced action, defendant Coast Hills Credit Union was dismissed[26] pursuant to settlement, and the case was stayed as to defendant Experian Information Solution, Inc.[31].

IT IS HEREBY ORDERED that this action is removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report, detailing settlement status with Trans Union, LLC and arbitration status with Experian Information Solution, Inc., within **60 days**, and every quarter thereafter until a stipulation(s) for dismissal is/are filed, or the action has been reactivated on this Court's active caseload

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. In light of the notice of settlement[34] with the last remaining active defendant, the Court will not issue a Scheduling Order (see dkt. 33) on the Scheduling Conference[29] and Joint Report[32], and all dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

|   | 00:00 |
|---|---|
| Initials of Preparer | CMJ |