**CLOSED**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN NIKO MANNING,**<br>Plaintiff,<br>**v.**<br>**COASTHILLS CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,**<br>Defendants. | **Case No.:** 2:24-cv-10617-CAS-MARx<br>**ORDER**<br>**HON. CHRISTINA A. SNYDER** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant EXPERIAN INFORMATION SOLUTIONS, INC. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs. As no Defendants remain, this action is dismissed in its entirety and the Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: September 15, 2026

Christina A. Snyder

**HON. CHRISTINA A. SNYDER**
**UNITED STATES DISTRICT JUDGE**